DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
MEGHAN CLAIR
Certified Student Attorney
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LYNN CLEGHORN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LYNN CLEGHORN,<br><br>　　　　　Defendant. | No. 2:12-CR-00285-KJN<br><br>STIPULATION AND ORDER<br>TO SET A STATUS CONFERENCE<br><br>Date:　November 14, 2012<br>Time:　9:30 a.m.<br>Judge: Hon. Kendall J. Newman |

　　　　The United States Attorney through his respective counsel, JEFFREY A. SPIVAK, Special Assistant United States Attorney, and LINDA C. HARTER, Chief Assistant Federal Defender, Attorney for LYNN CLEGHORN, and Certified Student Attorney, MEGHAN J. CLAIR, hereby stipulate to vacate the Trial Confirmation Hearing set for October 24, 2012 and the Jury Trial set for November 14, 2012 and set a Status Conference hearing for November 14, 2012 at 9:30 a.m. before Magistrate Judge Kendall J. Newman.

　　　　The parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from the date of this order through November 14, 2012 for defense preparation and

investigation. Specifically, Defense Counsel needs additional time to obtain the medical records of the defendant. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Rule T4].

Dated:  October 19, 2012             Respectfully submitted,

                                              DANIEL J. BRODERICK
                                              Federal Defender

                                              /s/ Linda C. Harter
                                              LINDA C. HARTER
                                              Chief Assistant Federal Defender
                                              Attorney for Defendant
                                              TACHIENA J. MOOORE

                                              /s/ Meghan J. Clair
                                              MEGHAN J. CLAIR
                                              Certified Student Attorney

Dated: October 19, 2012             BENJAMIN B. WAGNER
                                              United States Attorney

                                              */s/ Nicholas Fogg for*
                                              JEFFREY A. SPIVAK
                                              Special Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.  Time is excluded under the Speedy Trial Act between today's date and November 14, 2012 pursuant to Local Code T4.

Dated:  October 22, 2012

                                              KENDALL J. NEWMAN
                                              UNITED STATES MAGISTRATE JUDGE