DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
MEGHAN J. CLAIR
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LYNN D. CLEGHORN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:12-CR-00285-KJN |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | CONTINUING STATUS CONFERENCE |
| LYNN D. CLEGHORN, ) | Date:  January 23, 2013 |
| Defendant. ) | Time:  9:30 a.m. |
| _____ ) | Judge: Hon. Kendall J. Newman |

   IT IS HEREBY STIPULATED between the parties through their respective counsel, JEFFREY A. SPIVAK, Special Assistant United States Attorney, and Linda C. Harter, Chief Assistant Federal Defender, attorney for LYNN D. CLEGHORN, and Certified Student Attorney, MEGHAN J. CLAIR, that the Court vacate the status conference on November 14, 2012 at 9:30 a.m. and set a new status conference on January 23, 2013 at 9:00 a.m.

   The parties also agree that the ends of justice served by granting defendant's request for a continuance, outweigh the best interest of

1  the public and the defendant in a speedy trial, because the defense
2  requires more time to investigate and negotiate a resolution.
3       The parties stipulate that for the purpose of computing time under
4  the Speedy Trial Act, the Court should exclude time from the date of
5  this order through January 23, 2013, for defense preparation and
6  investigation.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code T4].
7  Dated:  November 2, 2012

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Rachelle Barbour
                                        LINDA C. HARTER
                                        Chief Assistant Federal Defender
                                        Attorney for Defendant
                                        LYNN D. CLEGHORN

                                        /s/ Meghan J. Clair
                                        MEGHAN J. CLAIR
                                        Certified Student Attorney

Dated: November 2, 2012                 BENJAMIN B. WAGNER
                                        United States Attorney


                                        /s/ Jeffrey A. Spivak
                                        JEFFREY A. SPIVAK
                                        Special Assistant U.S. Attorney


                                     **ORDER**

IT IS SO ORDERED.


Dated:  November 5, 2012




                                        _____
                                        KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE



Stipulation and Order              -2-